## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Kevin Bores, et al.,

                    Plaintiffs,                         Civil No. 05-2498 (RHK/JSM)

vs.                                                     **ORDER**

Domino's Pizza, LLC,

                    Defendant.


The November 28, 2006, hearing date for Defendant's Motion for Summary

Judgment is **CANCELED**.  No new hearing date will be established until such time as

Defendant informs the Court that it is prepared to serve and file its memorandum and other

documents in support of the Motion for Summary Judgment.


Dated:  October 17, 2006

                                                    s/Richard H. Kyle
                                                    RICHARD H. KYLE
                                                    United States District Judge