## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Kevin Bores, *et al.*,

                     Plaintiffs,

                                         Civil No. 05-2498 (RHK/JSM)
                                                   **ORDER**

v.

Domino's Pizza LLC,

                     Defendant.

---

      This matter is before the Court *sua sponte*.  The parties have filed cross-motions for summary judgment, with lengthy and comprehensive supporting memoranda of law and affidavits, as well as memoranda and affidavits in opposition to each other's motions.  As the Court has previously advised the parties, it does not believe that replies (of any kind) are necessary to aid the Court's understanding of the controlling legal principles or the resolution of the issues presented by this case.  Accordingly, it is **ORDERED** that <u>no party shall file a reply of any type whatsoever – whether by memoranda, affidavit, letter, or otherwise.</u>  **Failure to comply with this Order may result in the imposition of sanctions pursuant to the Federal Rules of Civil Procedure, 28 U.S.C. § 1927, and/or the Court's inherent powers.**  <u>See</u> <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 32 (1991).

      Dated: April 26, 2007

                                                    <u>s/Richard H. Kyle</u>
                                                    RICHARD H. KYLE
                                                    United States District Judge