UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin Bores, *et al.*,

                Plaintiffs,

                                      Civ. No. 05-2498 (RHK/JSM)
                                      **ORDER**

v.

Domino's Pizza LLC,

                Defendant.

---

      This matter is before the Court *sua sponte*. The parties have filed cross-motions for summary judgment, which are scheduled to be heard by the Court on May 15, 2007, at 8:00 a.m. Because the legal issues have been exhaustively briefed by the parties, the Court does not believe that extensive oral argument is necessary. Accordingly, it is **ORDERED** that each side shall be allotted a total of 30 minutes for argument, with such time devoted to the issues raised in the party's motion *and* the responding party's cross-motion. The allotted time may be divided between an opening argument and a rebuttal argument, as counsel sees fit. The hearing shall commence with Defendant's argument.

    Dated: April 30, 2007

                                                    s/Richard H. Kyle
                                                   RICHARD H. KYLE
                                                    United States District Judge