**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin Bores, *et al.*,

                      Plaintiffs,

                                    Civ. No. 05-2498 (RHK/JSM)
                                    **ORDER**

v.

Domino's Pizza LLC,

                      Defendant.

---

      This matter is before the Court *sua sponte*. On May 23, 2007, the Court issued a Memorandum Opinion and Order (Doc. No. 269) granting in part and denying in part the parties' cross-Motions for Summary Judgment. On that same date, the Clerk of the Court entered Judgment (Doc. No. 270) in accordance with the Memorandum Opinion. The Judgment, however, fails to mention the Court's reservation of jurisdiction over Plaintiffs for purposes of Defendant's pending Motion for Sanctions (Doc. No. 197). In addition, the Court inadvertently failed to reserve jurisdiction over the parties for purposes of several attorneys' fees Motions currently pending before Magistrate Judge Mayeron.

      Accordingly, pursuant to Federal Rule of Civil Procedure 60(a), it is **ORDERED** that the Clerk of the Court shall amend the Judgment entered in this matter to include the following language: "The Court retains jurisdiction over the parties for purposes of (1) Defendant's Motion for Sanctions (Doc. No. 197), (2) Defendant's Motion for Attorney Fees Under Rule 37(a)(4)(B) and (C) (Doc. No. 185), and (3) the parties'

applications for attorneys' fees and costs awarded pursuant to the Court's January 25, 2007 Order (Doc. No. 176)."

Dated: May  24 , 2007

                                                    s/Richard H. Kyle  
                                                    RICHARD H. KYLE  
                                                    United States District Judge