## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Kevin Bores, *et al.*,                                              Civil No. 05-2498 (RHK/JSM)

                  Plaintiffs,                           **ORDER**

v.

Domino's Pizza LLC,

                  Defendant.

---

Oral arguments with respect to Plaintiffs' Motion to Enforce Judgment will be heard by the undersigned at 8:00 a.m. (CST), Tuesday, November 6, 2007, in St. Paul, Minnesota. Briefing shall be completed as follows:

    1. Defendant's Response Memorandum shall be served and filed no later than 4:00 p.m., Friday, October 26, 2007; and

    2. Plaintiffs' Reply Memorandum shall be served and filed no later than 12:00 noon, Friday, November 2, 2007.

Dated: October 18, 2007

                                                         s/Richard H. Kyle
                                                         RICHARD H. KYLE
                                                         United States District Judge