UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Kevin Bores, *et al.*,

                      Plaintiffs,

                                                  Civ. No. 05-2498 (RHK/JSM)
                                                  **ORDER**

v.

Domino's Pizza LLC,

                      Defendant.

---

     This matter is before the Court *sua sponte*. Plaintiffs' Motion for Enforcement of Judgment is scheduled to be heard by the Court on November 6, 2007, at 8:00 a.m. Because the issues raised therein have been amply briefed by the parties, the Court does not believe that extensive oral argument is necessary. Accordingly, it is **ORDERED** that each side shall be allotted a total of 30 minutes for argument, which may be divided between an opening argument and a rebuttal argument, as counsel sees fit.

Dated: November 5, 2007
                                                                   s/Richard H. Kyle
                                                                   RICHARD H. KYLE
                                                                   United States District Judge