**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Kevin Bores, *et al.*,

                    Plaintiffs,

                                                  Civ. No. 05-2498 (RHK/JSM)
                                                         **ORDER**

v.

Domino's Pizza LLC,

                    Defendant.

---

This matter is before the Court on Defendant Domino's Pizza LLC's Notice of its intent to seek an award of attorneys' fees and costs in this matter. Pursuant to District of Minnesota Local Rule 54.3(b)(2), **IT IS ORDERED** as follows:

    1.    Domino's shall serve and file its Motion for attorneys' fees and costs, its memorandum in support thereof, and all supporting documentation on or before August 15, 2008;

    2.    Plaintiffs shall serve and file their memorandum in opposition to Domino's Motion on or before September 8, 2008;

    3.    Domino's shall serve and file its reply memorandum, if any, on or before September 15, 2008.

    Dated: August 1, 2008                                          s/Richard H. Kyle
                                                                         RICHARD H. KYLE
                                                                          United States District Judge